```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

IN RE: PETER PAUL MITRANO,

        Debtor.

                               Bankruptcy No. 10-20476

PETER PAUL MITRANO,

        Appellant,

vs.                        Civil Action No. 2:11-0455

HELEN M. MORRIS, Trustee,

        Appellee.


## O R D E R

On June 23, 2011, appellant filed a notice of appeal to this court respecting a June 13, 2011, order of the United States Bankruptcy Court. On July 1, 2011, he filed a first amended notice of appeal additionally challenging a June 20, 2011, order of the bankruptcy court. On July 11, 2011, debtor filed a second amended notice of appeal challenging additionally a June 30, 2011, order of the bankruptcy court.

Appellant has not paid the $255 appellate filing fee. He has additionally failed to designate the record on appeal. It is hereby ORDERED that the appellant be, and he hereby is, directed no later than July 25, 2011, to pay the aforementioned filing fee or seek relief therefrom in accordance with law. It is further ORDERED that appellant be, and he hereby is, directed to file with the Clerk of the bankruptcy court, and serve upon

the appellee, a designation of the record on appeal on or before July 25, 2011. Appellee may thereafter file and serve upon the appellant her designation of any additional items to be included in the record on appeal in accordance with Federal Rule of Bankruptcy Procedure 8006.

Upon payment of the filing fee, or the entry of an order granting relief therefrom, and receipt of the designation and assembly of the record on appeal, and its transmission by the Clerk of the bankruptcy court, the court will enter a briefing schedule.

The Clerk is directed to forward copies of this order to the Clerk of the bankruptcy court, counsel of record, and any unrepresented parties.

ENTER: July 14, 2011

John T. Copenhaver, Jr.
United States District Judge